1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    ALEX RIVERA GIORGES, et al.,              Case No. 25-cv-07683-NW

8              Plaintiffs,

9         v.                                   **ORDER GRANTING MOTION FOR
                                               LEAVE TO FILE A MOTION FOR
10   POLLY KAISER, et al.,                      RECONSIDERATION AND SETTING
                                               A BRIEFING SCHEDULE**
11             Defendants.                     Re: ECF No. 18

12

13        The Court has reviewed Plaintiffs' response to the order to show caused, ECF No. 18, and

14   the motion for issuance of an order to show cause and for leave to file a motion for

15   reconsideration, ECF No. 19.  The Court rules as follows:

16        1.    The Court GRANTS Plaintiffs' motion for leave to file a motion for

17   reconsideration.  Plaintiffs' motion for reconsideration shall be filed by January 23, 2026.

18        2.    The Court ORDERS Defendant to file an opposition by February 6, 2026.  The

19   opposition shall respond to (1) the substance of Plaintiffs' October 18 response to the order to

20   show cause, ECF No. 18; and (2) the forthcoming motion for reconsideration.

21        3.    Plaintiffs' reply to the opposition shall be filed by February 20, 2026.

22        4.    A hearing on Plaintiffs' forthcoming motion for reconsideration is set for March

23   25, 2026 at 9:00 a.m.

24        **IT IS SO ORDERED.**

25   Dated: January 12, 2026

26                                             _____

27                                             Noël Wise
                                               United States District Judge
28

United States District Court
Northern District of California