UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX RIVERA GIORGES, et al.,

Plaintiffs,

v.

POLLY KAISER, et al.,

Defendants.

Case No. 25-cv-07683-NW

**ORDER FOLLOWING MARCH 25, 2026 HEARING**

On March 25, 2026, the Court heard argument on the motion for reconsideration filed by Petitioners, Mr. Rivera and Mr. Khan.  ECF No. 22.  By no later than close of business on Friday, March 27, 2026, each party shall submit a list of all authorities cited during the hearing that were not otherwise included in their briefing.

1.       As to Mr. Khan, the Court takes the motion for reconsideration under submission.

2.       As to Mr. Rivera, during the hearing the parties reached the following agreement that the Court adopts as its Order:

a.       The parties shall meet and confer to attempt to reach a stipulation regarding the non-detention of Mr. Rivera unless and until his collateral immigration proceedings are final and the stay on his final order of removal is lifted.

b.       The parties shall file any stipulation that arises from these discussions by no later than close of business on April 14, 2026.

c.       If the parties are unable to come to an agreement, they shall still provide the Court a joint status report regarding their discussions by no later than close of business on April 14, 2025.

d.       The Government shall not redetain Mr. Rivera for any reason related to his

immigration status from now through April 21, 2026.

**IT IS SO ORDERED.**

Dated: March 25, 2026

Noël Wise
United States District Judge