UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RIVERA GIORGES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>Defendants. | Case No. 25-cv-07683-NW<br><br>**ORDER RE PARTIES' STATUS REPORT**<br><br>Re: ECF No. 37 |

On March 25, 2026, this Court ordered the parties to meet and confer regarding a stipulation for the non-detention of Petitioner Rivera and update the Court accordingly. The parties filed their report on April 14, 2026. The Court has reviewed the status report and understands that the parties were unable to come to an agreement regarding the non-detention of Petitioner.

The report also explained that on October 16, 2025, in a separate but extremely similar case, the Government appealed an Eastern District of California's order enjoining the detention of another *Zepedas Rivas* class member. *See Carballo v. Andrews,* No. 25-6533, ECF No. 28 (9th Cir. appeal filed Oct. 16, 2025) (appealing *Carballo v. Andrews,* 2025 WL 2381464 (E.D. Cal. Aug. 15, 2025)). The appeal will be fully briefed by the end of May 2026. The Ninth Circuit's forthcoming decision in this appeal will be dispositive of the issues in the instant action.

In light of the above, the Court STAYS this action pending the outcome of the *Carballo* appeal. The parties are ORDERED to file a joint status report within ten (10) days of a final determination of the appeal from the Ninth Circuit. Further, the Court extends the status quo established in its Order of March 25, 2026 and ENJOINS the Government from redetaining

United States District Court
Northern District of California

Petitioner for any reason related to his immigration status during the pendency of the *Carballo* appeal.

**IT IS SO ORDERED.**

Dated:  April 17, 2025

Noël Wise
United States District Judge